IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Jeanetta M

Printed: 10/29/08

Case Number: 07 B 06585
Judge: Goldgar, A. Benjamin
Filed: 4/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 16, 2008
Confirmed: June 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,385.87 |  |
| Secured: |  | 4,306.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 781.55 |
| Trustee Fee: |  | 297.83 |
| Other Funds: |  | 0.00 |
| Totals: | 5,385.87 | 5,385.87 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 781.55 |
| 2. | Centrix Financial A/K/A FlatIron Fin | Secured | 20,050.25 | 4,306.49 |
| 3. | Portfolio Recovery Associates | Unsecured | 4.76 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 32.25 | 0.00 |
| 5. | Quick Cash | Unsecured | 96.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 169.00 | 0.00 |
| 7. | Cottonwood Financial Ltd | Unsecured | 101.19 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 91.27 | 0.00 |
| 9. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 10. | Americash Loans | Unsecured |  | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 12. | Cash Loans Today | Unsecured |  | No Claim Filed |
| 13. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 14. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 15. | Charter One Bank | Unsecured |  | No Claim Filed |
| 16. | Check N Go | Unsecured |  | No Claim Filed |
| 17. | Payday Loan | Unsecured |  | No Claim Filed |
| 18. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 19. | Horseshoe Casino | Unsecured |  | No Claim Filed |
| 20. | Affinity Cash Loans | Unsecured |  | No Claim Filed |
| 21. | Superior Mgt. | Unsecured |  | No Claim Filed |
| 22. | Truelogic Financial Corp | Unsecured |  | No Claim Filed |
| 23. | Sun Cash | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,028.72 | $ 5,088.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Williams, Jeanetta M

Printed: 10/29/08

Case Number:  07 B 06585
Judge: Goldgar, A. Benjamin
Filed:  4/12/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 256.76 |
| 6.5% | 41.07 |
|  | $ 297.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

